```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                        DISTRICT OF VERMONT
```

Allen Rheaume,                          :
                                        :
        Plaintiff,                :
                                        :
    v.                            : File No. 2:15 CV 135
                                        :
Andrew Pallito, Mark Potanas,           :
Cullen Bullard, Kris Goldstein,         :
Samantha Clarke, Kim Bushey,            :
Jim Gibson, Dale Crook,                 :
Larry Martineau, Tammy Kennison,        :
and Brad Dunsmore,                      :
                                        :
        Defendants.               :

<u>ORDER</u>

    The Report and Recommendation of the United States Magistrate Judge was filed May 11, 2016.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Doc. 68) is **GRANTED** and Rheaume's Second Amended Complaint (Doc. 57) is **DISMISSED**.

    Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which

could have been resolved differently, or which deserve further proceedings.  See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

    Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to  28 U.S.C. § 1915(a)(3).

    Dated at Burlington, in the District of Vermont, this 14th day of June, 2016.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge